**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan GONZALEZ PENA, also known as Juan Carlos Gonzalez Pena, also known as Juan Pena Gonzalez, also known as Juan Carlos Gonzalez–Pena, also known as Juan Carlos Gonzalez, Defendant–Appellant.**

**No. 09–20536
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 5, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Gonzalez Pena has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California.*[1] Gonzalez Pena has not filed a

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]